1  Kathleen Bales-Lange, #094765
2  County Counsel for the County of Tulare
   Kathleen A. Taylor, #131100
3  Chief Deputy County Counsel
   Judith D. Chapman, #169479
4  Deputy County Counsel
5  2900 West Burrel, County Civic Center
   Visalia, California 93291
6  Telephone: (559) 636-4950
7  Facsimile: (559) 737-4319
   E-mail: jchapman@co.tulare.ca.us
8
9  Attorneys for Defendant County of Tulare

10              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
11
   MARIA EVA MARTINEZ,                    Case No.  1:16-cv-01140-DAD-SKO
12
                   Plaintiff(s),          JOINT STIPULATION AND ORDER
13                                         ALLOWING DEFENDANT, TULARE
   v.                                      COUNTY TO FILE AN AMENDED
14                                         ANSWER TO COMPLAINT
   TULARE COUNTY, SAN DIEGO COUNTY,
15                                         Judge: Hon. Sheila Oberto
   And DOES 1-100                                 U.S. Magistrate
16
                   Defendant(s).
17

18

19

20        Come now MARIA EVA MARTINEZ (hereinafter "Plaintiff"), and Defendant
21  TULARE COUNTY (hereinafter "Defendant"), by and through their respective attorneys of
    record and hereby stipulate as follows:
22
23        Whereas, in the spirit of civility and professionalism, and with an eye to bringing this
    case to trial "as quickly and economically as possible," the parties wish to help streamline
24  this litigation by seeking an order approving the filing of an Amended Answer to Complaint
25  to correct ambiguities, contradictions and clerical errors in Defendant, Tulare County's
    Answer filed on August 29, 2016 (see proposed Amended Answer filed herein as Exhibit
26  "A").
27
     Specifically, the parties stipulate that:
28
   1.     Defendants may file the attached Amended Answer to Complaint.

2.    Defendant's Amended Answer to the Complaint shall be served and filed no more than two (2) days after the date of the court's order approving this stipulation and shall serve as the operative Answer to Complaint.

3.    This stipulation will not affect any dates set by this Court.


Dated: __9-20-2016_____          By:  _/s /*Caitlin S. Blythe* _____
                                        Caitlin S. Blythe
                                        Morrison &  Foerster LLP
                                        Attorneys for Plaintiff

Dated: 9-20-2016___ ____          KATHLEEN BALES-LANGE
                                  Tulare County Counsel


                                  By:_/s/ *Judith D. Chapman*_____
                                        Judith D. Chapman
                                        Deputy County Counsel
                                        Attorney for Defendant County of Tulare

## <u>ORDER</u>

      Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant County of Tulare shall file its Amended Answer, a copy of which was attached to the stipulation (Doc. 10), within two (2) calendar days of the date this Order is filed.


IT IS SO ORDERED.

Dated:  __**September 22, 2016**__          _____/s/ *Sheila K. Oberto*_____
                                          UNITED STATES MAGISTRATE JUDGE