UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EVA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TULARE COUNTY, SAN DIEGO COUNTY, and DOES 1-100,<br><br>    Defendants. | No. 1:16-cv-01140-DAD-SKO<br><br>ORDER ENTERING JUDGMENT IN FAVOR OF PLAINTIFF MARIA EVA MARTINEZ AND AGAINST DEFENDANT COUNTY OF TULARE<br><br>(Doc. No. 23) |

In a notice dated January 4, 2017, plaintiff Maria Eva Martinez accepted defendant County Tulare's offer of judgment pursuant to Federal Rule of Civil Procedure 68(a). (Doc. No. 23.) Plaintiff attached as an exhibit to this notice defendant County of Tulare's offer of judgment to resolve any liability claimed in the action by obligating the County of Tulare to pay plaintiff $50,000, which includes all costs of suit and attorneys' fees, and to provide specified non-monetary relief. (Doc. No. 23 at 3–5.) The offer of judgment was dated December 21, 2016. (*Id.* at 5) On January 9, 2017, plaintiff filed the offer and notice of acceptance as well as a proof of service. (Doc. Nos. 23 and 23-1.) Trial is currently scheduled for September 19, 2017. (Doc. No. 21.)

Rule 68(a) states, in relevant part:

> At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within

1

14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service.  The clerk must then enter judgment.

It is widely accepted that "[t]he [Rule 68] offer, once made, is non-negotiable; it is either accepted, in which case it is automatically entered by the clerk of court, or rejected, in which case it stands as the marker by which the plaintiff's results are ultimately measured." *Beauchamp v. Anaheim Union High School District*, 816 F.3d 1216, 1223 (9th Cir. 2016) (quoting *Nusom v. Comh Woodburn, Inc.*, 122 F.3d 830, 834 (9th Cir. 1997)).

In this matter the Rule 68 offer was made at least fourteen days before the trial date and was accepted within fourteen days after being made and served.  Thereafter, plaintiff has since filed the offer and notice of acceptance as well as a proof of service with the court.  Accordingly, because the procedural requirements of Rule 68 have been met:

1) The Clerk of the Court is directed to enter judgment in favor of plaintiff Maria Eva Martinez and against defendant County of Tulare according to the terms of the offer and notice (Doc. No. 23);

2) All future dates and hearings in the matter are hereby vacated; and

3) The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **January 17, 2017**

UNITED STATES DISTRICT JUDGE