UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EVA MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TULARE, ET AL,<br><br>　　　　　Defendant. | No. 1:16-CV-01140-DAD-SKO<br><br>ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO STAY DISCOVERY PENDING COURT'S RULING ON MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR IN THE ALTERNATIVE TO CHANGE VENUE<br><br>(Doc. 31) |

　　　　The Court is in receipt of Defendant County of San Diego's *ex parte* application for an order shortening time to hear a motion to stay discovery pending the Court's ruling on its motion to dismiss for lack of subject matter jurisdiction, or in the alternative, to change venue. (Doc. 31.) Pursuant to Local Rule 144(e), the Court finds that Defendant has shown good cause for such an order shortening time because it would permit the Court to hear and rule on the anticipated motion to stay discovery prior to the hearing on Defendant's pending motion to dismiss, which is currently set to be heard on March 7, 2017.

Accordingly, Defendant County of San Diego's *ex parte* application for an order shortening time to hear a motion to stay discovery pending the Court's ruling on its motion to dismiss for lack of subject matter jurisdiction, or in the alternative, to change venue (Doc. 31), is hereby GRANTED.

It is hereby ORDERED that:

1. Defendant County of San Diego shall file its motion to stay discovery **within two (2) days of the date of this Order**;
2. Plaintiff Maria Eva Martinez's opposition to Defendant County of San Diego's motion to stay discovery is due to be filed and served by **February 22, 2017**;
3. Defendant County of San Diego's reply is waived; and
4. The hearing on Defendant County of San Diego's motion to stay discovery is set for **March 1, 2017, at 9:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.**

IT IS SO ORDERED.

Dated:   **February 8, 2017**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE