ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
CAITLIN SINCLAIRE BLYTHE (CA SBN 265024)
CBlythe@mofo.com
ALEXANDRA E. LAKS (CA SBN 291861)
ALaks@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

Attorneys for Plaintiff
MARIA EVA MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EVA MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>TULARE COUNTY, SAN DIEGO COUNTY, and DOES 1-100,<br><br>    Defendants. | Case No.   16-cv-01140-DAD-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES** |

Pursuant to Civil Local Rule 143, Plaintiff Maria Eva Martinez and Defendant County of San Diego (hereafter, the "parties") through their undersigned counsel hereby stipulate as follows:

WHEREAS, the Court issued a Scheduling Order on December 2, 2016 (ECF 21);

WHEREAS, in the Scheduling Order the Court set the following discovery or discovery-related deadlines:

- Motions or stipulations requesting leave to amend the pleadings on February 1, 2017;
- Close of Non Expert Discovery on February 24, 2017;
- Expert Disclosures on February 24, 2017;
- Rebuttal Expert Disclosures on February 28, 2017;
- Close of Expert Discovery on March 24, 2017;
- Mid-Discovery Status Report on February 2, 2017;
- Mid-Discovery Status Conference on February 9, 2017;

WHEREAS, the County of Tulare made an offer of judgment, which Plaintiff has accepted, resolving the dispute between the Plaintiff and the County of Tulare;

WHEREAS, the Court issued an order inadvertently closing the case on January 18, 2017 and vacating all dates;

WHEREAS, the Court issued an order re-opening the case as to Defendant County of San Diego, correcting the clerical error in the January 18, 2017 order closing the case, and inviting the parties to propose new case dates and deadlines;

WHEREAS, the parties have met and conferred and agree that a short extension of the discovery and discovery-related dates is supported by good cause and is in the interests of justice.

NOW, THEREFORE, the parties, through their respective attorneys and subject to the approval of the Court, hereby stipulate and agree as follows:

The following discovery and discovery-related deadlines shall all be continued to the following dates:

1. Motions or stipulations requesting leave to amend the pleadings on May 1, 2017;
2. Close of Non Expert Discovery on June 23, 2017;
3. Expert Disclosures on June 23, 2017;

4. Rebuttal Expert Disclosures on June 28, 2017;

5. Close of Expert Discovery on July 21, 2017;

6. Mid-Discovery Status Report on April 6, 2017;

7. Mid-Discovery Status Conference on April 13, 2017;

In the parties' mid-discovery status report, they will update the Court as to their progress with discovery and propose an agreed-upon full case schedule at that time (or their respective positions on a full case schedule, if an agreement cannot be reached).

By agreeing to the above continuation, the parties do not agree to forego any rights to seek additional relief related to the other party's delay or failure to participate in discovery.

Dated:  February 10, 2017

ARTURO J. GONZÁLEZ
CAITLIN SINCLAIRE BLYTHE
ALEXANDRA E. LAKS
MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
       ARTURO J. GONZÁLEZ

Attorneys for Plaintiff
MARIA EVA MARTINEZ

Dated:  February 10, 2017

THOMAS E. MONTGOMERY
COUNTY COUNSEL

By: */s/ Robert A. Ortiz*
       (as authorized 2/10/2017)
       Robert A. Ortiz

Attorneys for Defendant
COUNTY OF SAN DIEGO

//

//

//

**ORDER**

Based on the parties' above-stipulation, the Court's Scheduling Order (Doc. 21) is hereby MODIFIED as follows:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Deadline for motions or stipulations requesting leave to amend the pleadings | February 1, 2017 | May 1, 2017 |
| Non-expert discovery deadline | February 24, 2017 | June 23, 2017 |
| Expert disclosures | February 24, 2017 | June 23, 2017 |
| Rebuttal expert disclosures | February 28, 2017 | June 28, 2017 |
| Expert discovery deadline | March 24, 2017 | July 21, 2017 |
| Mid-Discovery Status Report Deadline | February 2, 2017 | April 6, 2017 |
| Mid-Discovery Status Conference | February 9, 2017 | April 13, 2017 |

It is further ORDERED that the non-dispositive motion deadlines, dispositive motion deadlines, pretrial conference, and trial dates are hereby VACATED and shall be set at the Mid-Discovery Status Conference on April 13, 2017. In their Mid-Discovery Status Report, the parties shall propose dates for these events that are agreed to by all counsel.

IT IS SO ORDERED.

Dated:   **February 14, 2017**            /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE