# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EVA MARTINEZ, | Case No. 1:16-cv-01140-DAD-SKO |
| Plaintiff, | **ORDER VACATING MID-DISCOVERY STATUS CONFERENCE AND MODIFYING THE COURT'S SCHEDULING ORDER** |
| v. | |
| SAN DIEGO COUNTY, | |
| Defendant. | |

## I. INTRODUCTION

On February 14, 2017, the Court entered an Order continuing discovery deadlines in the case, vacating the non-dispositive motion deadlines, dispositive motion deadlines, pretrial conference, and trial dates, and requiring the parties to file a Mid-Discovery Status Report that set forth proposed dates for those events. (Doc. 36.) On April 6, 2017, the parties filed their Mid-Discovery Status report containing their proposals for the case schedule. (Doc. 51.)

After having reviewed the parties' proposed dates, the Court hereby MODIFIES the Scheduling Order (Doc. 21) as follows:

//

//

| EVENT | DATE |
|---|---|
| Non-dispositive motion filing deadline | September 6, 2017 |
| Non-dispositive motion hearing deadline | October 4, 2017 |
| Dispositive motion filing deadline | September 27, 2017 |
| Dispositive motion hearing deadline | November 7, 2017 |
| Settlement Conference | August 10, 2017 at 10:00 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto[1] |
| Final Pretrial Conference | January 22, 2018 at 3:30 p.m.[2] |
| Trial | March 20, 2018 at 1:00 p.m. |

Further, the parties indicate in their Mid-Discovery Status Report that they do not believe a Mid-Discovery Status Conference is necessary. (Doc. 51 at 3.) Accordingly, the Court hereby VACATES the Mid-Discovery Status Conference set for April 13, 2017.

IT IS SO ORDERED.

Dated: **April 10, 2017**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties proposed August 3, 2018 as the date for the Settlement Conference. In order to accommodate the Court's calendar, the Settlement Conference has been continued one week.

[2] The parties proposed January 29, 2018 as the date for the Pretrial Conference. To permit the parties sufficient time to prepare their pretrial submissions and to prepare for trial, the Pretrial Conference date has been advanced one week.