# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EVA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN DIEGO COUNTY,<br><br>    Defendant.<br>_____/ | Case No.  1:16-cv-01140-DAD-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 54)** |

On July 26, 2017, the parties filed a Joint Stipulation for Dismissal with Prejudice, in which they notify the Court of the dismissal with prejudice of the final Defendant in this action―San Diego County. (Doc. 54.)  This stipulation is signed by all of the remaining parties in this matter.  (*See id.*)   As such, Plaintiff has voluntarily dismissed this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **July 27, 2017**                              /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE